
FILED

2006 MAR -7 AA 7:56

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | |
|---|---|
| THORNTON, MICHAEL J., and wife <br> TAYNIA L. THORNTON, <br><br> Plaintiff/Counter-Defendants, <br><br> v. <br><br> THE SMALL BUSINESS ADMINISTRATION, <br> an AGENCY of GOVERNMENT of <br> THE UNITED STATES OF AMERICA; <br> ALLEN J. WARE, JR., as his capacity as Trustee; <br> and ROBERT CROWE d/b/a <br> CROTEC ELECTRONIC CONTROLS, <br><br> Defendants/Cross-Defendants, <br><br> and <br><br> ROBERT CROWE d/b/a <br> CROTEC ELECTRONIC CONTROLS, <br><br> Defendant/Cross-Plaintiff/Counter-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03:04-cv-435 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFAULT JUDGMENT

It appearing to the Court that the Plaintiffs/Counter-Defendants, Michael J. Thornton and Taynia L. Thornton ("Thorntons"), have failed to plead or otherwise respond to the Counterclaim filed by Defendant/Cross-Plaintiff/Counter-Plaintiff Robert Crowe d/b/a Crotec Electronic Controls ("Crotec"), and Default having been entered against the Thornton; upon application by Crotec and upon the Affidavit of Jack M. Tallent, II that Crotec is entitled to a declaratory judgment against the Thorntons; that the Thorntons had been defaulted for failure to plead or otherwise respond pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; it is hereby

ORDERED, ADJUDGED, and DECREED that Crotec have a declaratory judgment in its favor and that

1. Crotec is declared to be the rightful and sole owner of the real property and improvements located at 5144 Knoxville Highway, Coalfield, Tennessee 37840 ("Property") free and clear of any claims or interests of Michael J. Thornton and Taynia L. Thornton and of their successors and/or assigns; and

2. All clouds or defects upon the title of the Property related to this lawsuit be removed.

This judgment is entered by the Court at the request of Crotec and upon the Affidavit of Jack M. Tallent, II, detailing that Crotec is entitled to its relief sought in Crotec's Counterclaim, in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

ENTERED THIS __6th__ DAY OF __MARCH__, 2006.

*Thomas H. Phillips*
THE HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT COURT JUDGE

**APPROVED FOR ENTRY:**

By: s/Jack M. Tallent, II
Jack M. Tallent, II, *BPR# 004262*
Paul E. Helton, *BPR# 021515*
**Kennerly Montgomery & Finley P.C.**
Bank of America Center, Fourth Floor
550 W. Main Street
Knoxville, Tennessee 37901
(865) 546-7311

*Attorneys for Defendant/Cross-Plaintiff/Counter-Plaintiff*
*Robert Crowe d/b/a Crotec Electronic Controls*

F:\J M T\Crowe, Robert - Crotech 10409-001\Pleadings\Proposed Order for Default.doc

2