# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| MICHAEL J. THORNTON and wife<br>TAYNIA L. THORNTON, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | 3:04-cv-435 <br> Phillips |
| THE SMALL BUSINESS<br>ADMINISTRATION, *et al.*, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On May 24, 2005, plaintiffs were ordered to show cause why this action should not be dismissed for failure to prosecute. This cause was removed to this Court in September 2004, and essentially no activity has taken place since. Plaintiffs have failed to respond to the Court's direct order, indicating to the undersigned that they have no interest in prosecuting this action. Accordingly, this case is **DISMISSED** for failure to prosecute.

                              **ENTER**:

                              s/Thomas W. Phillips
                              UNITED STATES DISTRICT JUDGE